UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ERNEST LEE FRANKLIN,** | ) Case No. CV 10-5822-R (AJW) |
| Petitioner, | ) |
| v. | ) |
| | ) JUDGMENT |
| **L.S. MCEWEN, WARDEN,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _Sept. 28, 2011_

_____
Manuel Real
United States District Judge