1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **ERNEST LEE FRANKLIN,** | ) | **Case No. CV 10-5822-R (AJW)** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGMENT** |
| **L.S. MCEWEN, WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

     **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _Sept. 28, 2011_

                                        _____
                                        Manuel Real
                                        United States District Judge